# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

144900

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ROOSEVELT LASHAWN WILLIAMS,
     Defendant-Appellant.

SC: 144900
COA: 306246
Berrien CC: 2007-400263-FH

_____/

      On order of the Court, the application for leave to appeal the February 13, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

_____
Clerk

h0917